AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
#### EASTERN DIVISION

| | |
|---|---|
| PENNY HARTMAN,<br>   Plaintiff,<br><br>v.<br><br><br>MICHAEL J. ASTRUE,<br>*Commissioner of the Social*<br>*Security Administration,*<br>   Defendant. | )<br>)<br>)<br>)<br>)<br>) **JUDGMENT IN A CIVIL CASE**<br>) **CASE NO. 4:12-CV-46-BO**<br>)<br>)<br>) |

Decision by the Court:

  **IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Judgment on the Pleadings is GRANTED, and this matter is REMANDED for further development of the record.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **December 26, 2012,** WITH A COPY TO:

Susan M. O'Malley (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)


<u>December 26, 2012</u>            JULIE A. RICHARDS, Clerk
Date                 Eastern District of North Carolina

                     <u>/s/Debby Sawyer   </u>
                     (By) Deputy Clerk


Raleigh, North Carolina